# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JOY WHITE § | |
| § | CASE NO. 4:13cv650 |
| v. § | |
| § | |
| COMMUNITY PROPERTY § | |
| MANAGEMENT, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER DISMISSING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 21, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the above titled and numbered cause of action be dismissed without prejudice to its refiling in a court of competent jurisdiction.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, the above titled and numbered cause of action is hereby **DISMISSED WITHOUT PREJUDICE** to its refiling in a court of competent jurisdiction. The matter is closed on the court's docket.

**IT IS SO ORDERED.**

**SIGNED this the 24th day of June, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE